**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUMIL SHARMA,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-8642** |
| | : | |
| **WARDEN, *et al.*,** | : | |
| **Respondents.** | : | |

**O R D E R**

Sunil Sharma, who is represented by counsel, petitions for habeas relief, urging, *inter alia*, that DHS violated the Fifth Amendment Due Process Clause. 8 U.S.C. § 2241; (Doc. No. 1.). Sharma seeks immediate release or, alternatively, a bond hearing. (Doc. No. 1 at 9.) The Government opposes Petitioner's request for relief beyond a bond hearing. (Doc. No. 3.) I will grant the Petition in part and order a bond hearing, should Sharma request one.

Sharma is a native of India. (Doc. No. 1 ¶ 6.) On March 28, 2023, he illegally entered the United States and was encountered by DHS officials. (Id. ¶ 9; Doc. No. 1-1 at 2.) DHS released Sharma from custody on his own recognizance pending his immigration hearing. (Doc. Nos. 1 ¶ 11; 1-1 at 5.) On November 10, 2026, DHS detained Sharma at a routine check-in, giving rise to the present Petition. (Doc. No. 1 ¶ 14.) Sharma declined to sign his request for a bond hearing, and no bond hearing has been scheduled. (Doc. Nos. 3 at 5; 3-4.)

ICE detained Sharma under § 1226(a) and so must afford him a bond hearing before an Immigration Judge. Cf. Buele Morocho v. Warden Philadelphia FDC, 189 F.4th 287 (3d Cir. 2026) (rejecting mandatory detention under § 1225(b)(2) for petitioners already residing within the United States); Alekseev v. Warden Phila. FDC, No. 26-0462, 2026 U.S. Dist. LEXIS 29893 (E.D. Pa. Feb. 13, 2026) (collecting cases). Indeed, on November 10, 2026, ICE provided Sharma with an I-286 Form, which he "refused to sign," so no hearing has yet been scheduled. (Doc. Nos.

3 at 5; 3-4.)

In these circumstances, I will deny Sharma the habeas relief that he seeks. Should Sharma request a bond hearing, Respondents shall provide one before an Immigration Judge within ten business days of the request. See Ubaid v. Jamison, No. 26-2681, 2026 WL 1346670, at *3 (E.D. Pa. May 14, 2026) ("[T]he merits of his claims that he is being held in violation of federal law are no[t] ripe for review.") (citing Doe v. Jamison, No. 26-1906, 2026 WL 916568, at *4 n.36 (E.D. Pa. Mar. 31, 2026)).

* * *

**AND NOW**, this 20th day of October 2026, it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED in part** and **DENIED in part** as follows:

1. Respondents shall provide Petitioner with an individualized bond hearing before an Immigration Judge, in accordance with 8 U.S.C. § 1226(a) within ten business days of Petitioner requesting such a hearing;
2. Should the IJ deny bond, Respondents shall provide Petitioner the opportunity to appeal to the Board of Immigration Appeals;
3. The Petition (Doc. No. 1) is otherwise **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
**Paul S. Diamond, J.**